1  BENJAMIN K. LUNCH, State Bar No. 246015
   NEYHART, ANDERSON, FLYNN & GROSBOLL
2  369 Pine Street, Suite 800
   San Francisco, CA 94104
3  Tel. (415) 677-9440
   Fax (415) 677-9445
4  Email:  blunch@neyhartlaw.com

5
   Attorneys for Petitioner
6  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          (San Francisco Division)

11

| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6, | Case No.   11-cv-5111 PJH |
|---|---|
| Petitioner, | **JOINT NOTICE OF SETTLEMENT** AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| SHIMMICK CONSTRUCTION COMPANY, INC., a California Corporation, | |
| Respondent. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-titled case have reached a settlement. The parties expect to dismiss the above-titled action by March 1, 2012, provided that the terms of the settlement have been complied with by all parties. Consequently, the parties request that the Case Management Conference scheduled for February 2, 2012 be continued to March 8, 2012.

Dated: January 26, 2012              Respectfully submitted,

                                     NEYHART ANDERSON
                                     FLYNN & GROSBOLL

                                     By:  __/s/Benjamin K. Lunch_____
                                              Benjamin K. Lunch

                                     Attorneys for Petitioner

                                     SIMPSON, GARRITY, INNES & JACUZZI

                                     By:  __/s/Paul Simpson_____
                                              Paul Simpson

                                     Attorneys for Respondent

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

**JOINT NOTICE OF SETTLEMENT**
**Case No. 11-cv-5111 PJH**