BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6, <br><br> Petitioner, <br><br> vs. <br><br> SHIMMICK CONSTRUCTION COMPANY, INC., a California Corporation, <br><br> Respondent. | Case No.  11-cv-5111 PJH <br><br> **STIPULATION RE: DISMISSAL** |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

TO THE COURT AND ALL PARTIES OF RECORD:

The parties in the above-captioned action hereto stipulate as follows:  The parties have settled the above-captioned action, and as such request that the action be dismissed with prejudice. Each party shall bear its own respective attorneys fees and costs.

Respectfully submitted,

Dated: February 27, 2012

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
Benjamin K. Lunch
Attorneys for Plaintiffs

Dated: February 27, 2012

SIMPSON, GARRITY,
INNES & JACUZZI

By: _____
Paul Simpson
Attorneys for Defendants

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

STIPULATION RE: DISMISSAL
Case No. 11-cv-5111 PJH