BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  blunch@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6,<br><br>Petitioner,<br><br>vs.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC., a California Corporation,<br><br>Respondent. | Case No.   11-cv-5111 PJH<br><br>[~~proposed~~] ORDER RE: DISMISSAL |

   Pursuant to the Stipulation of the parties, and good cause there appearing, the action is dismissed with prejudice.

   IT IS SO ORDERED.

Dated:  2/29/12

_____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*